**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Allen Lane

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. Cr.S-12-442 LKK |
| | ) |
| Plaintiff, | ) AMENDED |
| | ) STIPULATION AND ORDER |
| vs. | ) CONTINUING STATUS |
| | ) |
| | ) Date:  January 22, 2014 |
| | ) Time:  9:15 AM |
| BRANDON MCMURRIAN, | ) Court: LKK |
| JOEL MURDOCH, | ) |
| KEVIN AYLER, and | ) |
| ALLEN LANE, | ) |
| | ) |
| Defendants | ) |

### STIPULATION TO CONTINUE STATUS CONFERENCE

Pursuant to agreement between the parties it is hereby

stipulated that the status conference in the above referenced

matter be continued to January 22, 2014 at 9:15 AM.

The basis for this request is that defense counsel have

been advised by the government that there is presently

additional discovery to be provided and that said discovery must

be reviewed by defense counsel in order to effectively represent

-1-

their respective clients. Furthermore, counsel are continuing to

negotiate with the government to resolve this matter. In the

event that the parties are able to achieve a pretrial resolution

of this case, defense counsel will need additional time to

explain the ramifications of any plea agreement versus

proceeding to trial to their respective clients.

IT IS FURTHER STIPULATED that the period from November 13,

2013, (the date set for the previous status conference) through

and including January 22, 2014, be excluded in computing the

time within which trial of this matter must be commenced under

the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and

(B)(iv) and Local Code T4 for reasonable time to prepare for all

counsel.

**IT IS SO STIPULATED.**

DATED: November 7, 2013


/S/Samuel Wong, Esq.,
SAMUEL WONG, Esq.,                      Dated: November 7, 2013
Assistant United States Attorney
Attorney for Plaintiff


/S/Michael Bigelow, Esq.,               Dated: November 7, 2013
MICHAEL BIGELOW
Attorney for Defendant
Allen Lane


/S/Donald Dorfman, Esq.,                Dated: November 7, 2013
DONALD DORFMAN
Attorney for Defendant
Joel Murdoch

1

2   /S/ Steve Plesser, Esq.,                    Dated: November 7, 2013
    STEVE PLESSER, Esq.,
3   Attorney for Defendant
    Kevin Ayler
4
    /S/ Michael Long, Esq.,                     Dated: November 7, 2013
5   MICHAEL LONG, Esq.,
    Attorney for Defendant
6   Brandon McMurrian

7
                                 **ORDER**
8
         The Court, having received, read, and considered the
9
    stipulation of the parties, and good cause appearing therefrom,
10
    adopts the stipulation of the parties in its entirety as its
11
    order.  Based on the representation of the parties and good
12
    cause appearing therefrom, the Court hereby finds that the
13
    failure to grant a continuance in this case would deny all
14
    counsel reasonable time necessary for effective preparation,
15
    taking into account the exercise of due diligence.  The Court
16
    finds that the ends of justice to be served by granting a
17
    continuance outweigh the best interests of the public and the
18
    defendants in a speedy trial.  It is ordered that time beginning
19
    from November 13, 2013, up to and including the January 22,
20
    2014, status conference shall be excluded from computation of
21
    time within which the trial of this matter must be commenced
22
    under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)
23

24

25

1    (A) and (B) (iv) and Local Code T4, to allow all counsel

2    reasonable time to prepare.

3         **IT IS ORDERED:** that pursuant to stipulation the above-

4    referenced matter shall be continued until January 22, 2014 at

5    9:15 AM, and time excluded for the reasons set forth above.

6
     DATED: November 12, 2013
7

8

9                                 _____
                                  LAWRENCE K. KARLTON
10                                SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                 -4-