BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-442-LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| BRANDON MCMURRIAN, ET AL., | Court:  Hon. Lawrence K. Karlton |
| Defendants. | |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Brandon McMurrian, Joel Murdoch, Kevin Ayler, and Allen Lane, on the other hand, through their respective attorneys, that:  (1) the presently set March 11, 2014, status conference hearing shall be continued to April 15, 2014, at 9:15 a.m.; and (2) time from the date of the parties' stipulation, March 6, 2014, through, and including, April 15, 2014, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  This continuance is requested to allow additional time for both the prosecutor and defense counsel to prepare and is based on the following. The undersigned prosecutor has conducted several telephone conferences lasting many hours with Bureau of Prisons legal counsel regarding the almost 500 pages of potential discovery in this case.  BOP counsel explained and clarified the nature of many of the documents given to the prosecutor, and BOP counsel and the prosecutor have determined which documents are discoverable, on the one hand, and

1   which documents have no relevance in this prosecution and are not discoverable, on the other hand.

2   BOP counsel brought to the prosecutor's attention other documents in the possession of BOP which were

3   provided to the prosecutor for his review near the end of February.  The United States would like

4   another week to review those documents, numberstamp the documents, and produce the discovery in a

5   single set.   The requested continuance is made to allow:  (1) the United States time to produce this

6   additional discovery; and (2) each defense counsel time to review the discovery and discuss the

7   discovery and its ramifications with each defendant.

8           Accordingly, the parties stipulate and agree that the Court shall find that:  (1) the failure to grant

9   the requested continuance in this case would deny all counsel reasonable time necessary for effective

10  preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by the

11  granting of such a continuance outweigh the best interests of the public and the defendants in a speedy

12  trial.

13          Dated: March 5, 2014                    /s/ Michael Long

14                                                  _____

15                                                  MICHAEL LONG
                                                    Attorney for Defendant
16                                                  BRANDON McMURRIAN
                                                    (per email authorization)
17

18
                                                    /s/ Donald Dorfman
19                                                  _____

20                                                  DONALD DORFMAN
                                                    Attorney for Defendant
21                                                  JOEL MURDOCH
                                                    (per email authorization)
22

23                                                  /s/ Steve Plesser
24                                                  _____

25                                                  STEVE PLESSER
                                                    Attorney for defendant
26                                                  Kevin Ayler
                                                    (per email authorization)
27

28

STIPULATION AND ORDER CONTINUING          2
STATUS CONFERENCE

1

/s/ Michael Bigelow
_____

2

MICHAEL BIGELOW

3

Attorney for defendant
Allen Lane

4

(per telephone authorization)

5

6

BENJAMIN B. WAGNER
United States Attorney

7

/s/ Samuel Wong

8

By: _____

9

SAMUEL WONG
Assistant U.S. Attorney

10

11

## ORDER

12

The Court, having received, read, and considered the stipulation of the parties, and good cause

13

appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the

14

representation of the parties and good cause appearing therefrom, the Court hereby finds that the failure

15

to grant a continuance in this case would deny all counsel reasonable time necessary for effective

16

preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to

17

be served by granting a continuance outweigh the best interests of the public and the defendants in a

18

speedy trial.  It is ordered that time beginning from the parties' stipulation on March 6, 2014, up to and

19

including the April 15, 2014, status conference shall be excluded from computation of time within

20

which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.

21

§ 3161(h) (7) (A) and (B) (iv) and Local Code T 4, to allow all counsel reasonable time to prepare.  The

22

March 11, 2014, status conference is hereby ordered continued to April 15, 2014, at 9:15 a.m.

23

24

Dated:  March 7, 2014

25

26

LAWRENCE K. KARLTON

27

SENIOR JUDGE
UNITED STATES DISTRICT COURT

28

STIPULATION AND ORDER CONTINUING
STATUS CONFERENCE

3