| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | SAMUEL WONG |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2772 |
| 5 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-442-LKK |
| Plaintiff, | STIPULATION AND ORDER AFTER STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| BRANDON MCMURRIAN, ET AL., | Court: Hon. Lawrence K. Karlton |
| Defendants. | |

Whereas, pursuant to regular notice, on April 15, 2014, the Court conducted a status conference in this case. Assistant United States Attorney Samuel Wong appeared on behalf of plaintiff United States of America; Michael Long, Esq., appeared for defendant Brandon McMurrian, who was not present, but has a waiver of appearance on file; Donald Dorfman, Esq., appeared for defendant Joel Murdoch, who was not present, but has a waiver of appearance on file; Steve Plesser, Esq., appeared with defendant Kevin Ayler; and Michael Bigelow, Esq., appeared with defendant Allen Lane,

Whereas, the parties advised the Court that the United States recently produced additional discovery (338 pages) to the defendants and that defendants Ayler and Lane were added as defendants by Superseding Indictment (filed July 25, 2013), but made their initial appearances (on September 4, 2013) much later than the first two defendants McMurrian and Murdoch (on December 19, 2012),

Whereas, defense counsel requested additional time to review the newly produced discovery and prepare their respective client's defenses,

STIPULATION AND ORDER AFTER
STATUS CONFERENCE

1

1   Whereas, based on the information presented, the Court set a trial confirmation hearing on June 3,
2   2014, at 9:15 a.m., and a trial date on June 24, 2014, at 10:30 a.m., and

3   Whereas, subsequent to the status conference, the respective counsel for the parties met and
4   conferred and reached the following stipulation and agreement.

5   It is hereby stipulated and agreed by and between the parties, through their respective counsel, that:

6   (1) the Court shall order the time between the parties' instant stipulation, April 17, 2014, and
7   including the trial date of June 24, 2014, shall be excluded from computation of time within which the
8   trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
9   § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  This time period is needed for:  (a) each defense
10  counsel time to review the discovery and discuss the discovery and its ramifications with his client; and
11  (b) each defense counsel to conduct his factual investigation, legal research, and otherwise prepare for
12  trial; and

13  (2) the Court shall find that:  (a) the failure to grant the requested delay of the trial date in this
14  case would deny defense counsel reasonable time necessary for effective preparation, taking into
15  account the exercise of due diligence; and (b) the ends of justice served by the granting of such a delay
16  of the trial date outweigh the best interests of the public and the defendants in a speedy trial.

17  Dated:  April 17, 2014                          /s/ Michael Long

18                                                  _____
19                                                  MICHAEL LONG
                                                    Attorney for Defendant
20                                                  BRANDON McMURRIAN
                                                    (per telephone authorization)
21

22                                                  /s/ Donald Dorfman

23                                                  _____
                                                    DONALD DORFMAN
24                                                  Attorney for Defendant
                                                    JOEL MURDOCH
25                                                  (per email authorization)

26
                                                    /s/ Steve Plesser
27
                                                    _____
28                                                  STEVE PLESSER
                                                    Attorney for defendant

STIPULATION AND ORDER AFTER                2
STATUS CONFERENCE

Kevin Ayler
(per email authorization)

/s/ Michael Bigelow
_____
MICHAEL BIGELOW
Attorney for defendant
Allen Lane
(per email authorization)


BENJAMIN B. WAGNER
United States Attorney

By: /s/ Samuel Wong
_____
SAMUEL WONG
Assistant U.S. Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the representation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant the delay of the trial in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a delay of the trial date to June 24, 2014, outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time beginning from the parties' stipulation on April 17, 2014, up to and including the June 24, 2014, trial date shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h) (7) (A) and (B) (iv) and Local Code T 4, to allow defense counsel reasonable time to prepare. The previously set trial confirmation hearing on June 3, 2014, at 9:15 a.m., and a trial date on June 24, 2014, at 10:30 a.m., shall remain as set.

Dated:  April 21, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER AFTER
STATUS CONFERENCE